# EXHIBIT B

# Law Office of William J. Cluck

587 Showers Street
Harrisburg PA 17104
717-238-3027
fax 717-238-8033
billcluck@billcluck.com

_____

May 8, 2018

FBI
Record/Information Dissemination Section
ATTN: FOIPA Request
170 Marcel Drive
Winchester, VA 22602-4843

      RE:    Freedom of Information Act Request/ Dents Run, Elk County, Pennsylvania

Dear FOIA Officer:

      I am a citizen of the United States, and a person affiliated with a private organization seeking information for use in the organization's business. I would like to formally request the following information under the Freedom of Information Act (5 U.S.C. §552):

      Date range of request: January 15, 2018 to present

(1) Copies of all public records pertaining to FBI's investigation of an alleged missing shipment of gold purportedly buried in Pennsylvania state forest land in Dents Run, Elk County, Pennsylvania;

(2) Copies of all documents relied upon in support of request to Federal Court in Pittsburgh for authorization to dig at the site in Dents Run;

(3) Copies of all communications with Enviroscan pertaining to scientific sampling and analysis of Dents Run, including the report on the Enviroscan findings;

(4) Copies of all requisitions for expenditures associated with the investigation at Dents Run;

(5) Copies of inventory of items collected from the Dents Run site; and

(6) Copies of authorization for FBI agents to commence investigation of the purported missing shipment of gold.

      Should there be any search, review or reproduction fees, please supply the requested information without informing me of the cost, provided that the fees do not exceed $100.00, which I agree to pay in advance. If the costs exceed $100.00, please contact me at your earliest convenience to review the expected costs.

Thank you,

William J. Cluck
Law Office of William J. Cluck
587 Showers Street
Harrisburg, PA 17104
(717)238-3027
billcluck@billcluck.com

CC:    Finders Keepers Inc.
         Larissa Bailey (Senator Toomey's Office)