IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FINDERS KEEPERS USA LLC**    )<br>                                                         )<br>           Plaintiff,                        )<br>                                                         )<br>      v.                                              )<br>                                                         )<br>**U.S. DEPARTMENT OF JUSTICE,**   )<br>                                                         )<br>           Defendant.                     )<br>_____ ) | Civil Action No. 22-cv-009 (APM) |

## ORDER

Having considered Plaintiff's Motion for a Processing Order, ECF No. 13, and with no opposition filed by Defendant, the court grants Plaintiff's motion as conceded in part. *See* LCvR 7(b). The court hereby:

ORDERS the FBI to process Plaintiff's FOIA request at a rate of 1,000 pages per month with the first production due in 30 days and productions thereafter every 30 days, and the Court further

ORDERS that the FBI provide Plaintiff all non-exempt responsive records at no cost to Plaintiff, and the Court further

ORDERS that the FBI implement Plaintiff's prioritization and first process the enviroscan report and the photographs before processing the remaining documents, with the exception of the videotapes, which shall be the subject of a further order.

The court, however, denies Plaintiff's demand that the FBI provide the Court with an explanation of why its initial estimate of 17 responsive videotapes differs from its more recent estimate of four responsive videotapes. *See Powell v. Internal Revenue Serv.*, 255 F. Supp. 3d 33, 43 (D.D.C. 2017) ("FOIA only requires that an agency turn over records, not that it provide a requestor with specific information or answer questions.").

Dated: _____                                 _____
                                                                                        Amit P. Mehta