UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendant*. )<br>_____ ) | Civil Action No. 22-0009 (APM) |

### DEFENDANT'S MOTION FOR A VIDEO PROCESSING SCHEDULE

Defendant, the United States Department of Justice (the "Department"), by and through undersigned counsel, moves this Court for an order scheduling the processing of videotape responsive to Plaintiff's outstanding Freedom of Information Act ("FOIA") request. For the reasons more fully set forth in the accompanying supporting memorandum, the Department respectfully requests that the Court enter the attached proposed Order.

Dated: April 27, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
601 D St., NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*