UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,      ) <br>         *Plaintiff*,                     ) <br>                          ) <br>         v.                     )    Civil Action No. 22-0009 (APM) <br>                          ) <br> U.S. DEPARTMENT OF JUSTICE,    ) <br>                          ) <br>       *Defendant*.               ) <br> _____) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion for a Media Processing Schedule, any the entire record herein, it is hereby:

ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the schedule governing the FBI's processing of responsive video in this action is hereby revised as follows: the FBI shall process the video responsive to Plaintiff's FOIA request at a rate of 15 minutes per month with the first production due by August 18, 2022, and productions thereafter every 30 days until completed.

SO ORDERED this _____ day of _____, 2022.

_____
AMIT P. MEHTA
United States District Court Judge