UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FINDERS KEEPERS USA LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-0009 (APM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant*. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Finders Keepers USA LLC, and Defendant, the United States Department of Justice, by and through their undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's March 19, 2022, Minute Order.

*BACKGROUND*

1. On January 4, 2022, Plaintiff filed a Complaint, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's May 8, 2018, FOIA request. *See* ECF No. 1.

2. On March 4, 2022, Defendant filed its Answer. *See* ECF No. 10.

3. On April 18, 2022, the Court entered an Order, providing in part, that:

the FBI to process Plaintiff's FOIA request at a rate of 1,000 pages per month with the first production due in 30 days and productions thereafter every 30 days; and the court further orders that the FBI provide Plaintiff all non-exempt responsive records at no cost to Plaintiff; and the court further orders that the FBI implement Plaintiff's prioritization and first process the enviroscan report and the photographs before processing the remaining documents, with the exception of the videotapes, which shall be the subject of a further order.

ECF No. 15.

4. Currently pending is Defendant's Motion for a Video Processing Schedule. ECF No. 17. Plaintiff's response is due by May 9, 2022, and Defendant's Reply is due by May 13, 2022.

5. Defendant represents that in accordance with the Court's April 18, 2022, Order, Defendant will process 1,000 pages of responsive documents, first processing the enviroscan report and the photographs, by May 18, 2022.

## *PROPOSED FUTURE STEPS*

6. In light of the above, the parties suggest that they be permitted to file a Joint Status Report on or before July 1, 2022, and every sixty (60) days thereafter. Should issues arise earlier that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

Dated: May 3, 2022

Respectfully submitted,

 /s/ *Anne L. Weismann*
ANNE L. WEISMANN
D.C. Bar No. 298190
5335 Wisconsin Avenue, NW
Suite 640
Washington, DC 20015
(301) 717-6610
Weismann.Anne@gmail.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ *T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-7558
Tony.Quinn2@usdoj.gov

*Counsel for Defendant*