# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 22-0009 (APM) |

**DECLARATION OF WARREN GETLER**

I, Warren Getler, declare as follows:

1. I am a former investigative journalist based in Washington, D.C. In my earlier career (1984-2003) I was a New York-based financial reporter for *The Wall Street Journal*, deputy Washington bureau chief for *Bloomberg News* and a London and Frankfurt correspondent for the *International Herald Tribune*. In addition, I have co-authored (1) *Shadow of the Sentinel: One Man's Quest to Find the Hidden Treasure of the Confederacy*, published in May 2003 and renamed (paperback version) *Rebel Gold: One Man's Quest to Crack the Code Behind the Secret Treasure of the Confederacy*, published in January 2005. I am also a former executive at an advanced underground detection and analytics start-up in Washington, D.C., Witten Technologies Inc.

2. Since late November 2017, I have been collaborating with Dennis and Kem Parada, a father and son team of treasure hunters who co-own Finders Keepers located in Clearfield, Pennsylvania, in their efforts to discover the location of buried Civil War-era gold in Western Pennsylvania.

3. On January 26, 2018, I accompanied the Paradas to a meeting at the U.S.

Attorney's Office in Philadelphia with two FBI agents from the FBI's Art Crime Team and an Assistant United States Attorney. The Paradas and I requested the meeting to inform the U.S. government about our detection of a large amount of metal in an underground cave in the Dents Run area that metal-detecting instruments suggested was gold. One of the FBI agents expressed clearly that if the gold were in Dents Run the FBI would seize it as U.S. property. Dennis Parada expressed his understanding of the gold's provenance but also noted he would be petitioning for a finders' fee.

4. On January 31, 2018, the Paradas and I met seven FBI agents at the Dents Run site where the Paradas' metal detecting device—a GPL 200 system—yielded a resistivity reading strongly suggestive of gold.

5. In the days following that meeting I discussed with the FBI special agent in charge the technology that should be used for a more accurate identification of what was buried at the Dents Run site. Based on my recommendations, the FBI selected Enviroscan of Lancaster, Pennsylvania to do an underground detection survey with a gravimeter, which is extremely sensitive and the optimal choice when searching for a large dense mass in a narrow, small-scale sedimentary-rock area such as Dents Run. It is my understanding that on February 16, 2018, Enviroscan conducted a survey of the Dents Run site using a gravimeter.

6. In the first week of March 2018, the FBI special agent in charge notified Dennis Parada and me that the results from the gravimeter scan were positive for gold and indicated the metal target it had detected was about seven to nine tons in mass. On March 10, 2018, the FBI notified the Paradas and me that the dig to recover the gold would take place on March 13. We repeated what we had previously expressed to the FBI—our desire to be on-site during the dig to observe any and all treasure recovery efforts. The special agent in charge assured us we would be

allowed on site.

7. On March 13, 2018, the Paradas and I arrived at the Dents Run site at 8:00 a.m., as directed by the FBI. Despite what the FBI had told us earlier, we were not allowed to go to the site where the dig was to take place and instead were directed to remain in our car, where we sat for the next six hours. Finally, at 2:00 p.m. we were escorted up the hill where we observed a large assembly of approximately 30 FBI agents including a photographer/videographer. Then at approximately 3:00 p.m. the agent in charge declared the dig over for the day.

8. The following day we returned to the site at 8:15 a.m. Once again, the FBI directed us to remain in our car. The agent in charge advised us that renewed excavation would be delayed due to water accumulation in the pit. At 1:30 p.m. he led us to the top of the hill where we observed 30 or more FBI agents standing near a deep, fully excavated hole at a depth of approximately 13 feet. The FBI agent in charge noted that nothing was in the hole but refused to answer Dennis Parada's question as to whether they had found any gold.

9. During the dig no press or other third parties were allowed on site with cameras, video equipment, or cell phones. Prior to the first day of the dig, Dennis Parada had notified the FBI that he had placed some hidden trail cams at the site and advised the FBI of their continued existence. The photograph attached as Exhibit A to Plaintiff's Opposition to Defendant's Motion for a Video Processing Schedule is a true and accurate photograph taken by Mr. Parada's hidden trail cam and depicting an FBI official videotaping the dig.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of May, 2022.

_____
WARREN GETLER

3