# EXHIBIT C

# Law Office of William J. Cluck

587 Showers Street
Harrisburg PA 17104
717-238-3027
fax 717-238-8033
billcluck@billcluck.com

_____

August 8, 2019

Via Fax 540-868-4997

FBI
Work Process Unit
Record/Information Dissemination Section
Information Management Division
170 Marcel Drive
Winchester, VA 22602-4843

      RE:    FOIPA Request No. 1405494-000

Dear Sirs:

I am in receipt of your August 6, 2019 correspondence wherein you indicated the FBI located approximately 2,378 pages of records potentially responsive to my May 9, 2018 request. The FBI also located video files that are also potentially responsive.

I have attached our response by checking the box for our willingness to pay estimated duplication fees up to the amount specified in your letter, namely $70.00 for pages on CD and $255.00 for video files on 17 CDs.

Please let me know when these materials will be produced and how to make the requisite payment.

Sincerely,

William J. Cluck

CC:    Finders Keepers Inc.