**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FINDERS KEEPERS USA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 22-0009 (APM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion for a Media Processing Schedule, Plaintiff's opposition thereto, and the entire record herein, it is hereby

ORDERED that the Defendant's motion is DENIED, and it is further

ORDERED that the FBI shall process, simultaneously with the processing of all other documents, all responsive videotapes within three months at no cost to the Plaintiff.

Dated: _____          _____
                                                                   AMIT P. MEHTA
                                                                   United States District Court Judge