UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FINDERS KEEPERS USA LLC,

*Plaintiff,*

v.                                    Civil Action No. 22-0009 (APM)

U.S. DEPARTMENT OF JUSTICE,

*Defendant.*

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Defendant, the United States Department of Justice, by and through undersigned counsel,

moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time until June 9,

2022, to file Defendant's reply brief.

As grounds for this motion, Defendant states as follows:

1.      The parties are briefing the issue of the processing of videotape responsive to

Plaintiff's FOIA request.  On April 22, 2022, the Court entered a Minute Order, providing in part,

that

> Defendant's Motion is due on April 27, 2022; Plaintiff's Response is due by May 9,
> 2022; and Defendant's Reply is due by May 13, 2022.

2.      In accordance with the Minute Order, Defendant filed its opening brief on April 27,

2022.  ECF No. 17.  Plaintiff filed its opposition on May 9, 2022.  ECF No. 19.

3.      The undersigned needs additional time to draft the reply and to confer with agency

counsel.  Accordingly, Defendant respectfully requests an enlargement of three-business days—

until May 18, 2022—within which to file its reply brief.

4.      This relatively brief delay is not unreasonable under the circumstances and will not unduly prejudice the Plaintiff.

5.      In accordance with Local Civil Rule 7(m), undersigned counsel conferred *via* e-mail with Plaintiff's counsel, Anne Weismann, Esquire, about this extension.  Ms. Weismann does not oppose this request.

6.      This is Defendant's first request for an enlargement of time for this brieifing schedule.  A proposed order is attached.

Dated: May 12, 2022                               Respectfully submitted,

                                                                  MATTHEW M. GRAVES
                                                                  United States Attorney
                                                                  D.C. Bar No. 481052

                                                                  BRIAN P. HUDAK
                                                                  Chief, Civil Division

                                          By:     */s/ T Anthony Quinn*
                                                                  T. ANTHONY QUINN
                                                                  D.C. Bar No. 415213
                                                                  Assistant United States Attorney
                                                                  Civil Division
                                                                  555 Fourth St., NW
                                                                  Washington, D.C. 20530
                                                                  (202) 252-7558
                                                                  tony.quinn2@usdoj.gov

                                                                  *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FINDERS KEEPERS USA LLC,

*Plaintiff,*

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendant.*

Civil Action No. 22-0009 (APM)

**PROPOSED ORDER**

The matter is before the Court upon the Defendant's unopposed motion for extension of time to file its reply.

Upon consideration of the Defendant's motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED**, that the motion is **GRANTED**. It is further

**ORDERED**, that the Defendant shall file its reply on or before May 18, 2022.


**SO ORDERED** this _____ day of _____, 2022.


_____
**AMIT P. MEHTA**
United States District Judge

3