UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FINDERS KEEPERS USA LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-9 (APM) |
| ) | |
| **U.S. DEP'T OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Before the court is Defendant's Motion for a Video Processing Schedule, ECF No. 17. Having considered the motion, as well as the Plaintiff's opposition, ECF No. 19, and Defendant's Reply, ECF No. 21, the motion is granted in part and the court orders as follows.

The court is advised that Defendant has located four videotapes totaling approximately 3.75 hours responsive to Plaintiff's Freedom of Information Act request. The court is told no more. Importantly, Defendant has not said, for example, whether the videotapes depict uninterrupted footage from a single camera or, perhaps, footage from multiple cameras over the same or different periods of time.

Just as the processing and production of records can be prioritized, so too can the processing and production of the videotapes in this case. What plainly matters most to Plaintiff is footage that confirms whether the FBI discovered and carried away gold from the dig site at Dents Run on March 13 or 14, 2018. Such footage could include depictions of FBI personnel or contractors removing objects from the dig site, loading such objects onto a vehicle, and such

vehicles leaving the dig site before the Paradas and Mr. Getler arrived at the dig site at 1:30 p.m. on March 14, 2018.

Consistent with the goal of expeditiously getting Plaintiff the footage that matters the most, the court orders the FBI to review the four videotapes (if it has not done so already), and advise Plaintiff by June 8, 2022, whether any of the four videotapes depict the discovery, removal, or transport of gold (or anything else) from the Dents Run dig site.  If a videotape contains such footage, Defendant shall begin processing such videotape from its start in 30-minute increments per month until completion,[1] with the first release to occur by no later than July 15, 2022.  If more than one videotape contains such depictions, the parties can confer on which videotape Defendant will process first.  The processing of the second through fourth videotapes can take place in 15-minute increments, unless more expedited review is ordered by the court.

The parties shall file a Joint Status Report by June 15, 2022, which updates the court on the disclosures made on June 8, 2022, and any subsequent discussions about prioritization of processing.

Dated:  May 27, 2022

Amit P. Mehta
United States District Court Judge

---

[1] The court is assuming that each videotape contains approximately one hour of footage, such that the first videotape could be processed and produced in two months.  If that assumption turns out to be wrong, Defendant shall so advise the court.