IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FINDERS KEEPERS USA LLC** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-0009 (APM) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR SANCTIONS

Pursuant to 28 U.S.C. § 1927 and the Court's inherent powers Plaintiff moves the Court to award as a sanction for vexatiously multiplying the proceedings in this matter and for the bad faith conduct of the Federal Bureau of Investigation the attorney's fees Plaintiff incurred in litigating Defendant's motion for a video processing schedule and the instant motion. As grounds for this motion the Court is respectfully referred to the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Sanctions.

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W., Suite 640
Washington, D.C. 20015
Phone: 301-717-6610
Weismann.anne@gmail.com

Dated: June 10, 2022          *Attorney for Plaintiff*