# EXHIBIT A

| 374 -PH-2553532-1A | | |
|---|---|---|
| **Serial** | **Type** | **Runtime** |
| 1A2-CD1 | Video | *0:47:12* |
| 1A2-CD2 | Video | *0:33:16* |
| 1A2-CD3 | Video | *0:54:36* |
| 1A2-TH1 | Video | *1:31:48* |
| **Total runtime** | | *3:46:52* |

| Video breakdown for 22-cv-9 |
|---|
|  |
|  |
| **Description** |
| Video provided by Dennis Parada on 1/26/2018.  Video is from a DVD entitled "America Unearthed - Hunt for the Holy Grail".  This History Channel episode depicts individuals from Finders Keepers assisting in the hunt for treasure.  The orignial air date for the episode was 3/15/2013. |
| Video provided by Dennis Parada on 1/26/2018.  Video is from a DVD which contain, in sum, video related to tests conducted by Dennis Parada and others at the Dents Run site. |
| Video provided by Dennis Parada on 1/26/2018.  Video is from a DVD which contain, in sum, video related to tests conducted by Dennis Parada and others at the Dents Run site. |
| Video provided by Dennis Parada on 1/26/2018.  Video is from a 32GB thumb drive which contain, in sum, video related to tests conducted by Dennis Parada and others at the Dents Run site.  This video also includes a FOX 8 news segment at the beginning which runs 0:01:49. |
|  |
|  |