## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FINDERS KEEPERS USA LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-0009 (APM) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### [PROPOSED] ORDER

The Court having considered Plaintiff's motion for sanctions, Defendant's response thereto, and the entire record herein it is hereby

ORDERED that Plaintiff's motion is GRANTED, and it is further

ORDERED that Defendant shall reimburse Plaintiff for the attorney's fees Plaintiff incurred in litigating Defendant's motion for a video processing schedule and Plaintiff's motion for sanctions.


Date: _____                    _____
                                             UNITED STATES DISTRICT COURT JUDGE