IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FINDERS KEEPERS USA LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>_____) | Civil Action No. 22-0009 (APM) |

### PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT DISCOVERY

Pursuant to this Court's inherent authority Plaintiff moves the Court for leave to conduct targeted discovery to resolve the issue of the apparent bad faith of the Federal Bureau of Investigation in responding to that portion of Plaintiff's Freedom of Information Act request seeking responsive videotapes. As grounds for this motion the Court is respectfully referred to the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to Conduct Discovery.

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W., Suite 640
Washington, D.C. 20015
Phone: 301-717-6610
Weismann.anne@gmail.com

Dated: June 10, 2022                *Attorney for Plaintiff*