# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FINDERS KEEPERS USA LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>_____) | Civil Action No. 22-0009 (APM) |

## [PROPOSED] ORDER

The Court having considered Plaintiff's motion for leave to conduct discovery, Defendant's response thereto, and the entire record herein it is hereby

ORDERED that Plaintiff's motion is GRANTED, and it is further

ORDERED that Defendant shall make available for deposition FBI Special Agent Jacob B. Archer, the individual or individuals who were present at the March 13 and 14, 2018 excavation conducted by the FBI at Dents Run for the purpose of videotaping the excavation, and FBI Section Chief of the Record/Information Dissemination Section Michael G. Seidel who has submitted two declarations in this matter on behalf of Defendant.

Date: _____          _____
                                 UNITED STATES DISTRICT COURT JUDGE