| Name | Run Time | Description |
|---|---|---|
| 00000.MTS | 0:00:08 | Video showing a trail into the woods.  There is audio but no voices are heard. |
| 00001.MTS | 0:00:12 | Video showing a trail into the woods.  There is audio but no voices are heard. |
| 00002.MTS | 0:02:02 | Agents/search personnel discussing what the search plan is when they get to the dig site (tools, radios, heaters).  Various FBI personnel names are said. |
| 00003.MTS | 0:00:12 | Continuation of the FBI Safety Officer discussing how far EMS/hospital are. |
| 00004.MTS | 0:01:42 | FBI ERT Search Leaders warning that the dig scene is messy, with running water/mud; describe the tools they will be using such as metal detectors, rakes, and shoevels. |
| 00005.MTS | 0:00:08 | ERT personnel carrying equipment. |
| 00006.MTS | 0:00:02 | ERT personnel in the back of a truck. |
| 00007.MTS | 0:00:26 | ERT personnel pulling equipment out of the back of a truck. |
| 00008.MTS | 0:00:20 | ERT ATV coming down the trail. |
| 00009.MTS | 0:00:11 | ERT personnel walking from their cars carrying equipment. |
| 00010.MTS | 0:00:11 | ERT personnel walking from their cars carrying equipment. |
| 00011.MTS | 0:00:12 | Video shows only footprints in the snow (no personnel seen). |
| 00012.MTS | 0:00:21 | Video shows only a creek (no personnel seen). |
| 00013.MTS | 0:00:07 | Various ERT personnel walking around an ATV. |
| 00014.MTS | 0:00:09 | ERT personnel driving an ATV on the trail. |
| 00015.MTS | 0:00:31 | ERT pushing an ATV that is stuck in the snow. |
| 00016.MTS | 0:00:43 | ERT personnel walking around the dig site. |
| 00017.MTS | 0:01:20 | ERT personnel standing at the dig site discussing where the dig will take place and warning about the water that will show up as they dig deeper. |
| 00018.MTS | 0:03:22 | PH ERT employee being interviewed by the videographer the logistics of the excavation dig.  He walks through the game plan of what will be done with the equipment and stating how important safety is. |
| 00019.MTS | 0:00:14 | Shows a flow of water from a pipe and ERT personnel. |
| 00020.MTS | 0:00:41 | Excavator/ATV moving up the trail; ERT personnel. |
| 00021.MTS | 0:00:50 | Excavator making initial entry into the dig site.  ERT personnel can be heard. |
| 00022.MTS | 0:00:58 | Excavator continuing to remove earth from the dig site. |
| 00023.MTS | 0:00:15 | ERT personnel writing on a clipboard. |
| 00024.MTS | 0:00:15 | ERT personnel taking shovels and metal detectors to the dig site. |
| 00025.MTS | 0:00:15 | Excavator continuing to remove earth from the dig site; no personnel are seen. |
| 00026.MTS | 0:00:25 | Excavator continuing to remove earth from the dig site. |
| 00027.MTS | 0:00:11 | Excavator continuing to remove earth from the dig site. |
| 00028.MTS | 0:00:13 | ERT personnel sifting through the earth dug up from the excavator. |
| 00029.MTS | 0:00:32 | ERT personnel sifting through the dug up earth with metal detectors. |
| 00030.MTS | 0:00:26 | Excavator continuing to remove earth from the dig site. |
| 00031.MTS | 0:00:22 | Excavator continuing to remove earth from the dig site. |
| 00032.MTS | 0:00:20 | ERT personnel standing  around the dig site raking and metal detecting. |
| 00033.MTS | 0:00:16 | A close-up of ERT using the metal detectors and rakes over the dig site. |
| 00034.MTS | 0:02:57 | SA talking about what is going on at the dig site and why they are there(basically a background on the matter), he then walks over to the dig site where you see/hear the ERT talking around the dig site. SA's supervisor is present as well. |
| 00035.MTS | 0:06:51 | Someone is interviewing SA  asking about the case. SA  goes on to talk about how the case was brought to them. At first you can see the dig site in the background and then they reposition (at the request of who is interviewing) to where you only see the forest in the background. SA is going through the process of how the FBI got involved in the search for the missing gold. |
| 00036.MTS | 0:00:36 | Shows the excavator digging and pulling dirt out of the dig site while FBI personnel is overseeing it. |
| 00037.MTS | 0:00:15 | Close up of the excavator digging at the site and more FBI personnel are there watching as it happens. |

| File | Duration | Description |
|---|---|---|
| 00038.MTS | 0:00:52 | A close-up of the excavator claw actually digging inside of the dig site hole (no personnnel seen). |
| 00039.MTS | 0:00:16 | Shows a photographer (ERT) taking pictures of the dig site before the excavator claw comes into picture. |
| 00040.MTS | 0:00:29 | Shows the excavator pulling dirt out of the dig site and placing it on a hill to the side of the dig site(no personnel seen). |
| 00041.MTS | 0:00:18 | Taken from inside a vehicle driving on a path approaching an ERT member and the person in the car engages in conversation with the ERT person asking about taking lunch. |
| 00042.MTS | 0:00:27 | Taken from inside a vehicle driving on a path behind an ERT member. |
| 00043.MTS | 0:00:07 | ATV windshield, driving down a steep trail approaching a sharp left turn. |
| 00044.MTS | 0:00:15 | FBI ERT personnel standing at dig site while excavator swings and dumps a scoop of dirt. Female voice in background is difficult to hear over excavator. |
| 00045.MTS | 0:00:35 | Looking down on dig site while excavator moves soil from hole to a separate pile. FBI ERT personnel standing at the dig site. One individual picks up a large flat rock slightly larger than his torso and appears to carry it in the direction of a tent. Another individual is using a metal detector on the opposite side of the pile from the individual picking up a rock. |
| 00046.MTS | 0:00:41 | Same camera angle as video 45, except zoomed in on excavator bucket as dirt is being dug and moved from hole; ERT personnel. |
| 00047.MTS | 0:00:31 | Zoomed in view of excavator body and cab, last 10 seconds show excavator bucket moving dirt; ERT personnel. |
| 00048.MTS | 0:00:17 | Zoomed in view of ERT personnel; one individual climbing pile of soil while using a metal detector. |
| 00049.MTS | 0:00:18 | Zoomed in view of ERT personnel; different individual climbing pile while using a metal detector. |
| 00050.MTS | 0:00:45 | Discussion looking into excavated hole. |
| 00051.MTS | 0:00:15 | Muffled discussion, zoomed in view of ground water runnning out and over soil and rocks. |
| 00052.MTS | 0:00:04 | ERT personnel huddle, speaking. |
| 00053.MTS | 0:00:12 | ERT personnel. Excavator repeatedly hitting something hard with the bucket, object is not visible in the hole from camera angle. |
| 00054.MTS | 0:00:16 | shovel of excavator digging in an empty hole.  4 men (two with visible FBI markings on jackets) watching. |
| 00055.MTS | 0:00:55 | FBI personnel sitting in green tent.  Focus on one man removing papers, stacking papers and putting them into manila envelopes. |
| 00056.MTS | 0:00:09 | FBI personnel in green tent. Man putting papers in manila envelopes. Copy of a historic document in foreground. |
| 00057.MTS | 0:00:06 | FBI personnel in green tent.  Zooms in on portion of copy of historic document and signature of George Washington. |
| 00058.MTS | 0:06:08 | In the woods, OPA videographer interviewing Supervisory Special Agent regarding story of the 1863 case of theft of gold shipment and FBI's involvement in current dig. |
| 00059.MTS | 0:00:03 | view of woods with light snow. Someone of screen says "so". |
| 00060.MTS | 0:00:11 | view of woods by side of road, light snow. |
| 00061.MTS | 0:00:25 | camera pans view of wood planked buildings/houses, view up wooded mountain road, vehicles parked on right side of road, light snow. |
| 00062.MTS | 0:00:13 | view of wood planked buildings/houses, dark grey pickup driving up wooded mountain road, vehicles parked on right side of road , light snow. |
| 00063.MTS | 0:00:10 | view of wood planked building/house with deck on wooded hillside, light snow. |
| 00064.MTS | 0:00:14 | more distant view ow wood planked building/house with deck on wooded hillside, camera pans mountain view, light snow. |
| **TOTAL:** | **0:44:23** | |