UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC, )<br>)<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>    *Defendant*. )<br>_____) | Civil Action No. 22-0009 (APM) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITIONS TO PLAINTIFF'S MOTIONS**

Defendant, the United States Department of Justice, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time until July 1, 2022, to file Defendant's briefs in opposition to Plaintiff's Motion for Sanctions, ECF No. 23, and Motion for Leave to Conduct Discovery, ECF No. 24.

As grounds for this motion, Defendant states as follows:

1. On June 10, 2022, Plaintiff filed a Motion for Sanctions, ECF No. 23, and a Motion for Leave to Conduct Discovery, ECF No. 24.

2. Pursuant to Local Civil Rule 7(b), the memoranda of points and authorities in opposition to the motions is due within 14 days—June 24, 2022.

3. The undersigned needs additional time to draft the responses and to confer with agency counsel. Accordingly, Defendant respectfully requests an enlargement of three-business days—until July 1, 2022—within which to file its briefs in opposition to Plaintiff's Motion for Sanctions, ECF No. 23, and Motion for Leave to Conduct Discovery, ECF No. 24.

4. This relatively brief delay is not unreasonable under the circumstances and will not unduly prejudice the Plaintiff.

5. In accordance with Local Civil Rule 7(m), undersigned counsel conferred *via* e-mail on June 15, 2022, with Plaintiff's counsel, Anne Weismann, Esquire, about this extension. Ms. Weismann advised that Plaintiff consents.

6. This is Defendant's first request for an enlargement of time for this briefing schedule. A proposed order is attached.

Dated: June 10, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   */s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
555 Fourth St., NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 22-0009 (APM) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| *Defendant*. ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Unopposed Motion for Extension of Time to File Defendant's briefs in opposition to Plaintiff's Motion for Sanctions, ECF No. 23, and Motion for Leave to Conduct Discovery, ECF No. 24, the applicable legal authorities, the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that the Defendants' Motion should be, and hereby is, **GRANTED**. It is

**FURTHER ORDERED** that the Defendants shall file their briefs in opposition to Plaintiff's Motion for Sanctions, ECF No. 23, and Motion for Leave to Conduct Discovery, ECF No. 24, on or before July 1, 2022. It is

**SO ORDERED** this_____ day of _____, 2022.

_____
**AMIT P. MEHTA**
United States District Court Judge

3