UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC, )<br>)<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>    *Defendant*. )<br>) | Civil Action No. 22-0009 (APM) |

## JOINT STATUS REPORT

Plaintiff, Finders Keepers USA LLC, and Defendant, the United States Department of Justice, by and through their undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's June 15, 2022, Minute Order.

### BACKGROUND

1. On January 4, 2022, Plaintiff filed a Complaint, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's May 8, 2018, FOIA request. *See* ECF No. 1.

2. On March 4, 2022, Defendant filed its Answer. *See* ECF No. 10.

3. On April 18, 2022, the Court entered an Order, providing in part, that:

the FBI to process Plaintiff's FOIA request at a rate of 1,000 pages per month with the first production due in 30 days and productions thereafter every 30 days; and the court further orders that the FBI provide Plaintiff all non-exempt responsive records at no cost to Plaintiff; and the court further orders that the FBI implement Plaintiff's prioritization and first process the enviroscan report and the photographs before processing the remaining documents, with the exception of the videotapes, which shall be the subject of a further order.

ECF No. 15.

5. In accordance with the Court's April 18, 2022, Order, the FBI reviewed 1035 pages and released 1035 pages in May.

6. On May 27, 2022, the Court entered an Order, providing in part:

> Consistent with the goal of expeditiously getting Plaintiff the footage that matters the most, the court orders the FBI to review the four videotapes (if it has not done so already), and advise Plaintiff by June 8, 2022, whether any of the four videotapes depict the discovery, removal, or transport of gold (or anything else) from the Dents Run dig site. If a videotape contains such footage, Defendant shall begin processing such videotape from its start in 30-minute increments per month until completion with the first release to occur by no later than July 15, 2022. If more than one videotape contains such depictions, the parties can confer on which videotape Defendant will process first. The processing of the second through fourth videotapes can take place in 15- minute increments, unless more expedited review is ordered by the court.
>
> The parties shall file a Joint Status Report by June 15, 2022, which updates the court on the disclosures made on June 8, 2022, and any subsequent discussions about prioritization of processing.

ECF No. 22. The May 27, 2022, Order also provided that

> [t]he court is assuming that each videotape contains approximately one hour of footage, such that the first videotape could be processed and produced in two months. If that assumption turns out to be wrong, Defendants shall so advise the court.

*Id.*

7. On June 7, 2022, pursuant to the Court's May 27, 2022, the FBI provided Plaintiff a list of the four videos that were serialized into the FBI's main investigative file. See Exhibit A. None of the videos on the list proport to show the removal or discovery of gold or dirt or anything else from the Dents Run Dig site.

8. On June 10, 2022, Plaintiff's counsel filed a motion for sanctions, ECF No. 23, and a motion for leave to conduct discovery, ECF No. 24. One of the exhibits presented a photograph of an individual at Dent's Run dig site that purported to show an individual with a video camera. ECF No. 24-3. This picture was also included in Plaintiff's response to Defendant's motion for a

video processing schedule. *See* ECF No. 19-1.

9. In accordance with the Court's April 18, 2022, Order, the FBI reviewed 1002 pages and released 866 pages on June 17, 2022.

10. On July 1, 2022, Defendant filed its memoranda in opposition to Plaintiff's motion for sanctions, ECF No. 28, and in opposition to Plaintiff's motion for leave to conduct discovery, ECF No. 27.

11. On July 8, 2022, Plaintiff filed its replies in support of its motion for sanctions, ECF No. 29, and in support of its motion for leave to conduct discovery, ECF No. 30. The motions are pending.

12. The FBI reviewed 379 pages and 15 minutes of video and released 67 pages and 15 minutes of redacted video on July 15, 2022. The colored version of the Environscan report is included in this month's release. The FBI has advised Plaintiff that it has completed all processing with the exception of approximately 30 minutes of video clips.

### *PROPOSED FUTURE STEPS*

13. In light of the above, the parties suggest that they be permitted to file a Joint Status Report on or before August 19, 2022. Should issues arise earlier that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

//

//

//

//

//

//

| | |
|---|---|
| Dated: July 15, 2022 | Respectfully submitted, |
| | MATTHEW M. GRAVES |
| /s/ Anne L. Weismann | D.C. Bar No. 481052 |
| ANNE L. WEISMANN | United States Attorney |
| D.C. Bar No. 298190 | |
| 5335 Wisconsin Avenue, NW | BRIAN P. HUDAK |
| Suite 640 | Chief, Civil Division |
| Washington, DC 20015 | |
| (301) 717-6610 | /s/ T Anthony Quinn |
| Weismann.Anne@gmail.com | T. ANTHONY QUINN |
| | D.C. Bar No. 415213 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 252-7558 |
| | Tony.Quinn2@usdoj.gov |
| | |
| | *Counsel for Defendant* |