UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC, | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | ) Civil Action No. 22-0009 (APM) <br> ) |
| U.S. DEPARTMENT OF JUSTICE, | ) <br> ) |
| *Defendant*. | ) <br> ) |

## JOINT STATUS REPORT

Plaintiff, Finders Keepers USA LLC, and Defendant, the United States Department of Justice, by and through their undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's July 17, 2022, Minute Order.

### *BACKGROUND*

1. On January 4, 2022, Plaintiff filed a Complaint, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's May 8, 2018, FOIA request. *See* ECF No. 1.

2. On March 4, 2022, Defendant filed its Answer. *See* ECF No. 10.

3. On April 18, 2022, the Court entered an Order, providing in part, that:

the FBI to process Plaintiff's FOIA request at a rate of 1,000 pages per month with the first production due in 30 days and productions thereafter every 30 days; and the court further orders that the FBI provide Plaintiff all non-exempt responsive records at no cost to Plaintiff; and the court further orders that the FBI implement Plaintiff's prioritization and first process the enviroscan report and the photographs before processing the remaining documents, with the exception of the videotapes, which shall be the subject of a further order.

ECF No. 15.

5. In accordance with the Court's April 18, 2022, Order, the FBI reviewed 1035 pages and released 1035 pages in May.

6. On May 27, 2022, the Court entered an Order, providing in part:

> Consistent with the goal of expeditiously getting Plaintiff the footage that matters the most, the court orders the FBI to review the four videotapes (if it has not done so already), and advise Plaintiff by June 8, 2022, whether any of the four videotapes depict the discovery, removal, or transport of gold (or anything else) from the Dents Run dig site. If a videotape contains such footage, Defendant shall begin processing such videotape from its start in 30-minute increments per month until completion with the first release to occur by no later than July 15, 2022. If more than one videotape contains such depictions, the parties can confer on which videotape Defendant will process first. The processing of the second through fourth videotapes can take place in 15- minute increments, unless more expedited review is ordered by the court.
>
> The parties shall file a Joint Status Report by June 15, 2022, which updates the court on the disclosures made on June 8, 2022, and any subsequent discussions about prioritization of processing.

ECF No. 22. The May 27, 2022, Order also provided that

> [t]he court is assuming that each videotape contains approximately one hour of footage, such that the first videotape could be processed and produced in two months. If that assumption turns out to be wrong, Defendants shall so advise the court.

*Id.*

7. As previously reported, on June 7, 2022, pursuant to the Court's May 27, 2022, the FBI provided Plaintiff a list of the four videos that were serialized into the FBI's main investigative file. None of the videos on the list proport to show the removal or discovery of gold or dirt or anything else from the Dents Run Dig site.

8. As previously reported, on June 17, 2022, the FBI released 866 pages and reported that it had reviewed 1002 pages.

9. As previously reported, on July 15, 2022, the FBI released 67 pages and 15 minutes of redacted video and reported that it had reviewed 379 pages and 15 minutes of video, and that

the color version of the Environscan report was included in the month's release.

10. On August 15, 2022, the FBI released 15 minutes of redacted video and reported that it had reviewed 15 minutes of video.

11. The FBI will reprocess the photographs and produce them in color and in high resolution.

*Plaintiff's Statement*

12. After reviewing the FBI's productions Plaintiff advised the FBI's counsel of a number of issues that remain. Specifically, given the extremely poor quality of the low-resolution photographs that the FBI provided, Plaintiff asked that a specified number be reproduced in color and high-resolution. It is Plaintiff's understanding that the FBI will reproduce those photographs.

13. Plaintiff further identified three DVDs, the existence of which was confirmed in the FBI's production, that have yet to be processed or otherwise accounted for. Plaintiff is waiting for a response from the FBI.

14. Finally, Plaintiff identified a number of ways in which it believes the FBI's search is not adequate, including the fact that the FBI has provided no documents in response to several categories outlined in Plaintiff's FOIA request. The FBI has responded that it searched only its main file. While Plaintiff continues to believe such a limited search does not meet the agency's burden on the FOIA, Plaintiff recognizes that is a dispute best resolved through summary judgment motions.

**PROPOSED FUTURE STEPS**

15. In light of the above, the parties suggest that they be permitted to file a Joint Status Report on or before September 23, 2022. Should issues arise earlier that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

| | |
|---|---|
| Dated:  August 19, 2022 | Respectfully submitted, |
| | MATTHEW M. GRAVES |
|   /s/ *Anne L. Weismann* | D.C. Bar No. 481052 |
| ANNE L. WEISMANN | United States Attorney |
| D.C. Bar No. 298190 | |
| 5335 Wisconsin Avenue, NW | BRIAN P. HUDAK |
| Suite 640 | Chief, Civil Division |
| Washington, DC 20015 | |
| (301) 717-6610 |   /s/ *T Anthony Quinn* |
| Weismann.Anne@gmail.com | T. ANTHONY QUINN |
| | D.C. Bar No. 415213 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 252-7558 |
| | Tony.Quinn2@usdoj.gov |
| | |
| | *Counsel for Defendant* |

4