UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 22-0009 (APM) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

By and through its undersigned counsel, Defendant, the United States Department of Justice, respectfully moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56(c). In sum, there exists no genuine issue of material fact and Defendant is entitled to judgment as a matter of law in this Freedom of Information Act case. In support of this Motion, Defendant refers the Court to the accompanying memorandum of points and authorities, statement of undisputed material facts, and the attached declaration and exhibits. A proposed order is also enclosed herewith.

\*   \*   \*

Dated: December 21, 2022						Respectfully submitted,

												MATTHEW M. GRAVES
												United States Attorney
												D.C. Bar No. 481052

												BRIAN P. HUDAK
												Chief, Civil Division

									By:		*/s/ T. Anthony Quinn*
												T. ANTHONY QUINN
												Assistant United States Attorney
												D.C. Bar No. 415213
												601 D Street, NW
												Washington, D.C. 20530
												(202) 252-7558
												Tony.Quinn2@usdoj.gov

												*Counsel for the United States of America*