UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 22-0009 (APM) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
<u>AS TO WHICH THERE IS NO GENUINE ISSUE</u>**

Pursuant to Local Civil Rule 7(h), Defendant, the Department of Justice (the "Department"), and in particular its component, the Federal Bureau of Investigation ("FBI"), respectfully submits this statement of material facts as to which there is no genuine issue in support of its motion for summary judgment.

| | |
|---|---|
| 1.  By electronic format dated May 9, 2018, Plaintiff submitted a FOIA request to the FBI seeking:<br>(1)　Copies of all public records pertaining to FBI's investigation of an alleged missing shipment of gold purportedly buried in Pennsylvania state forest land in Dents Run, Elk County, Pennsylvania;<br>(2)　Copies of all documents relied upon in support of request to Federal Court in Pittsburgh for authorization to dig at the site in Dents Run;<br>(3)　Copies of all communications with Enviroscan pertaining to scientific sampling and analysis of Dents Run, including the report on the Enviroscan findings;<br>(4)　Copies of all requisitions for | |

| | |
|---|---|
| expenditures associated with the investigation at Dents Run;<br>(5)   Copies of inventory of items collected from the Dents Run site; and<br>(6)   Copies of authorization for FBI agents to commence investigation of the purported missing shipment of gold.<br><br>*See* Compl. ¶ 45, Ex. B thereto; *see also* 4th Seidel Decl. ¶ 4, Ex. A. | |
| 2.   Given the nature of Plaintiff's request seeking records on specific categories of records concerning an FBI investigation related to the alleged theft of U.S. gold, Elks County, PA, the Central Records System (CRS) is the FBI system of records where responsive records could reasonably be expected to be found.<br><br>*See* 4th Seidel Decl. ¶ 33. | |
| 3.   The FBI searched the FBI's Philadelphia field office (FBI PHFO).<br><br>*See* 4th Seidel Decl. ¶¶ 44-46 | |
| 4.   The FBI located 65 video clips, with an approximate total run time of 43.34 minutes.<br><br>*See* 4th Seidel Decl. ¶¶ 46-50. | |
| 5.   The FBI processed a total of 2,501 responsive records, in paper and photograph formats, and additionally produced three DVDs totaling 43 minutes and 34 seconds of redacted digital video.<br><br>*See* 4th Seidel Decl. ¶ 3. | |
| 6. Of the 2,501 paper and photograph records: 1534 were released in full (RIF), 565 were released in part (RIP), and 402 were withheld in full (WIF).  In addition, the three DVDs were RIP.  Of the 402 records WIF, 50 were withheld pursuant to applicable FOIA exemptions, and 352 records were WIF as they were duplicates of previously processed records.<br><br>*See* 4th Seidel Decl. ¶¶ 3, 51. | |

| | |
|---|---|
| 7. The FBI's justifications for withholding information (paper, photographs, and video) in part or in full, pursuant to FOIA Exemptions 5, 6, 7(C), and 7(E), 5 U.S.C. §§ 552(b)(5), (b)(6), (b)(7)(C), and (b)(7)(E).<br><br>*See* 4th Seidel Decl. ¶¶ 3, 51. | |
| 8. The FBI properly determined that records should be withheld and redacted pursuant to FOIA Exemption 5.<br><br>*See* 4th Seidel Decl. ¶¶ 51-63. | |
| 9. The FBI properly determined that records should be withheld and redacted pursuant to FOIA Exemptions 6 and 7(C).<br><br>*See* 4th Seidel Decl. ¶¶ 64-78. | |
| 10. The FBI properly determined that records should be withheld and redacted pursuant to FOIA Exemption 7(E).<br><br>*See* 4th Seidel Decl. ¶¶ 79-95. | |
| 11. The FBI reviewed all potentially responsive records and appropriately released all reasonably segregable material.<br><br>*See* 4th Seidel Decl. ¶ 96. | |

Dated: December 21, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ T. Anthony Quinn*
T. ANTHONY QUINN
Assistant United States Attorney
D.C. Bar No. 415213
601 D Street, NW
Washington, D.C. 20530
(202) 252-7558
Tony.Quinn2@usdoj.gov

*Counsel for the United States of America*