UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-0009 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that SUMMARY JUDGMENT is entered in the Defendant's favor on Plaintiff's claims in this action.

This is a final appealable order.

It is SO ORDERED this day of _____, 2023.

_____
AMIT P. MEHTA
United States District Judge