UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FINDERS KEEPERS USA LLC,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendants.

Civil Action No. I :22-CV-9 APM

# JOINT STATUS REPORT

In accordance with the Court's September 27, 2023 Order, the Parties report as follows:

After conferring concerning Defendant's Supplemental Declaration the Parties agree that certain issues remain for the Court's resolution. Accordingly, the Parties request the following briefing schedule:

Defendant's Renewed Motion for Summary Judgment: December 19, 2023

Plaintiff's Opposition and Renewed Cross Motion for Summary Judgment: January 8, 2024

Defendant's Opposition and Reply: January 22, 2024

Plaintiff's Reply: January 29, 2024

                                      Respectfully Submitted,

                                      ___/s_Anne L.Weismann_
                                      ANNE L. WEISMANN
                                      (D.C. Bar No. 298190)
                                      5335 Wisconsin Avenue, N.W.
                                      Suite 640
                                      Washington, D.C. 20015

(301) 717-6610
weismann.anne@gmail.com

Attorney for Plaintiff

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Benton Peterson*
    BENTON PETERSON, Bar #1029849
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-2534
    *Benton.Peterson@usdoj.gov*
    *Counsel for Defendant*