UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 22-0009 (APM) |

**JOINT STATUS REPORT**

In accordance with the Court's March 14, 2025 Order, Plaintiff Finders Keepers, LLC and Defendant United States Department of Justice ("DOJ") respectfully submit the following Joint Status Report:

Per the Court's Order, Defendant has conducted the supplemental searches as described in the Order. The FBI located some potentially responsive material and is in the processing of scoping that material to determine whether it is responsive to the request. The agency will require additional time to provide an accurate estimate concerning production. Defendant will inform Plaintiff and the Court once the material is scoped, what the volume of responsive pages is, and on what timeline the FBI will be able to process any non-exempt, segregable portions. The parties propose to further update the Court in thirty days, May 14, 2025.

Respectfully submitted,

ANNE WEISMANN

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
Interim United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division


        By: /s/ Benton Peterson
        BENTON PETERSON
        Bar #1029849
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20530
        (202) 252-2534