UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-0009 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 16 and October 24, 2025, Minute Orders, Defendant, the Department of Justice, and Plaintiff, Finders Keepers USA LLC (collectively, the "Parties") by and through counsel, respectfully submit this Joint Status Report update the Court on the status of this matter.

On May 16, 2025, the Court ordered Defendant to produce all responsive records by July 17, 2025, and any pre-March 13, 2019 operational plans to the Court for in camera review no later than July 24, 2025. Minute Order, ECF No. 59. Defendant complied by timely producing all responsive records to Plaintiff, and submitting the operational plans to the Court for in camera review. *See* Notice of In Camera Submission, ECF No. 61.

The Parties have conferred and agreed that there is no remaining issue in this case related to the documents produced in accordance with the Court's May 16, 2025, Minute Order.

On July 24, 2025, Defendant submitted seven records for in camera review withheld based on Exemption 7(E). Notice of In Camera Submission, ECF No. 61. After review, in an Order

entered on October 24, 2025, ECF No. 62, the Court ordered most of the withheld information to be released.

Defendant is working diligently to process and produce the additional records ordered by the Court. Based on its current workload and residual shutdown-related delays, the agency reasonably anticipates completing production by January 1, 2026. The Parties propose filing an additional status report in seventy-five days, up to and including February 4, 2026, to provide an update for the Court, and confirm whether any issues remain.

Dated:  November 21, 2025
   Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Saifuddin K. Kalolwala
  SAIFUDDIN K. KALOLWALA
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 252-2550

*Attorney for the United States of America*

By Permission:
 /s/ Anne L. Weismann
 Anne L. Weisman (D.C. Bar No. 298190)
 5335 Wisconsin Avenue, NW
 Suite 640
 Washington, D.C. 20015
 (301) 717-6610

*Attorney for the Plaintiff*