UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINDERS KEEPERS USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 22-0009 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 24, 2025, Minute Order, Defendant, the Department of Justice, and Plaintiff, Finders Keepers USA LLC (collectively, the "Parties") by and through counsel, respectfully submit this Joint Status Report to update the Court on the status of this matter.

There are no outstanding issues in this case other than attorney's fees. Plaintiff's counsel anticipates submitting a fee request to Defendant's counsel in the coming weeks, and the Parties will work toward a mutually agreeable resolution of that issue. To allow time to resolve attorney's fees, the Parties propose that, if the matter is not dismissed before that date, they submit a joint status report on or before April 6, 2026.

Dated:  January 30, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorney for the United States of America*

By Permission:
    */s/ Anne L. Weismann*
    Anne L. Weisman (D.C. Bar No. 298190)
    5335 Wisconsin Avenue, NW
    Suite 640
    Washington, D.C. 20015
    (301) 717-6610

*Attorney for the Plaintiff*